**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IRINIA GALANOVA,

                              Plaintiff,

-against-                                          17 **CIVIL** 4915 (VSB)

                                                   **JUDGMENT**

ADAM LEITMAN BAILEY, P.C., et al.,

                              Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated May 13, 2020, the Defendants' motion to dismiss

the Amended Complaint is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        May 14, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                            **BY:**     _____
                                        **Deputy Clerk**